

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

NOE DARWIN STEPHAN                    CIVIL ACTION NO. 07-cv-1719

VERSUS                                JUDGE STAGG

WARDEN FRANKLIN PARISH                MAGISTRATE JUDGE HORNSBY
DETENTION CENTER

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **denied** and Petitioner's complaint is **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2010.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE